No. 10–10021. BURTON *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 10–10023. BAILEY . *v.* UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 10–10029. PETERSON *v.* UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 10–10033. GREER *v.* UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 10–10039. HALL *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 10–10048. PRICE *v.* UNITED STATES. Ct. App. D. C. Certiorari denied.

No. 10–10049. BALDWIN *v.* UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 10–10054. HARRINGTON *v.* UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 10–10056. FALCIGLIA *v.* UNITED STATES. C. A. 3d Cir. Certiorari denied.

No. 10–10057. JONES *v.* UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 10–10067. MONAHAN *v.* UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 10–10075. NORTHROP *v.* QUINTANA, WARDEN. C. A. 3d Cir. Certiorari denied.

No. 10–74. RIVERA AQUINO, SECRETARY, PUERTO RICO DEPARTMENT OF AGRICULTURE, ET AL. *v.* SUIZA DAIRY, INC., ET AL. C. A. 1st Cir. Certiorari denied. JUSTICE KENNEDY took no part in the consideration or decision of this petition.

No. 10–757. NEWDOW ET AL. *v.* ROBERTS, CHIEF JUSTICE OF THE UNITED STATES, ET AL. C. A. D. C. Cir. Certiorari denied. THE CHIEF JUSTICE took no part in the consideration or decision of this petition.